# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KAREN LEMOINE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Civil No.  14-cv-079-CJP<br>) |
| **CAROLYN W. COLVIN,** | )<br>)<br>) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 34), the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Karen Lemoine.

DATED:      May 7, 2015

　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　BY:  s/ Reid Hermann
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**